**UNITED STATES of America,**
**Plaintiff—Appellee**

v.

**Andre GIBSON, Defendant—Appellant.**

**No. 07–50858**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 25, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Andre Gibson, Beaumont, TX, pro se.

Before SMITH, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

Andre Gibson, federal prisoner # 28834–180, appeals, pro se, the district court's denial of his motion for reconsideration of its order granting the Government's motion to reduce Gibson's sentence from 108 to 96 months pursuant to Federal Rule of Criminal Procedure 35(b). Gibson asserts the Government breached its agreement to recommend a greater reduction.

A motion for reconsideration in a criminal proceeding is timely if filed within the period allotted for noticing an appeal; in this instance, within ten days of the order granting the Rule 35(b) motion. *See United States v. Brewer,* 60 F.3d 1142, 1143–44 (5th Cir.1995); FED. R.APP. P. 4(b). Gibson's motion, however, was filed more than fifteen months after the order. According-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

ly, it was untimely. *See United States v. Cook,* 670 F.2d 46, 48–49 (5th Cir.1982).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.